UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **LORELEI ANN HODGDON SMEAD,** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **COMMISSIONER OF SOCIAL SECURITY,** : <br> : <br> Defendant. : | File No. 1:13-cv-185-jgm-jmc |

### ORDER

The Magistrate Judge's Report and Recommendation was filed June 6, 2014. (Doc. 12.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Plaintiff's motion for an order reversing the decision of the Commissioner (Doc. 8) is DENIED. Defendant's motion for an order affirming the Commissioner's decision (Doc. 11) is GRANTED. The decision of the Commissioner is hereby AFFIRMED

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 1st day of July, 2014.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge